UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                                   Plaintiff,<br>v.<br>VEGAS PROPERTY SERVICES, INC., et al.,<br><br>                                  Defendants. | Case No. 2:17-cv-00617-RFB-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 40) |

       This matter is before the court on attorney John Henry Wright's Motion to Withdraw as Counsel of Record for defendant Vegas Property Services, Inc. (ECF No. 40). The motion represents that Vegas Property Services, Inc. is severely delinquent in payment of attorney's fees and continued representation would be burdensome and prejudicial. Mr. Wright therefore seeks leave to withdraw as counsel of record.

       A corporation cannot appear except through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993); *Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016).

       The Ninth Circuit has held that default judgment is an appropriate sanction for a corporation's failure to retain counsel for the duration of the litigation. *United States v. High Country Broadcasting*, 3 F.3d 1244, 1245 (9th Cir. 1993).

       Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1.     Mr. Wright's Motion to Withdraw (ECF No. 40) is GRANTED.
2.     Defendant Vegas Property Services, Inc. shall have until **January 25, 2019** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

3. Defendant Vegas Property Services, Inc.'s failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions, which may include a recommendation to the District Judge that default judgment be entered against it for failure to prosecute.

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at its last known address:

>   Vegas Property Services, Inc.
>   Attn: Mariya Llieva
>   7812 Bluewater Dr.
>   Las Vegas, Nevada 89128

DATED this 26th day of December 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE