# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VEGAS PROPERTY SERVICES, INC., et al., <br><br> Defendants. | Case No. 2:17-cv-00617-RFB-BNW <br><br> **ORDER** |

Presently before the court is defendant Vegas Property Services, Inc.'s motion to substitute attorney and to extend the deadline to respond to plaintiff Nationstar Mortgage, LLC's motion for summary judgment (ECF Nos. 55, 56). Vegas Property requests the extension to allow its new attorney adequate time to respond to the motion and proposes a briefing schedule for the motion for summary judgment, which is now fully briefed. Nationstar did not oppose Vegas Property's motion, which constitutes a consent to the granting of the motion. *See* LR 7-2(d). Accordingly, the court will grant the motion.

IT IS THEREFORE ORDERED that the Motion to Substitute Attorney for Defendant Vegas Property Services, Inc., and Motion to Extend Deadline to File Response to Plaintiff Nationstar Mortgage LLC's Motion for Summary Judgment (ECF Nos. 55, 56) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court must update the docket to reflect the substitution of attorney Christopher Yergensen in place of Luis Ayon as attorney for Vegas Property Services, Inc.

DATED: October 16, 2019, nunc pro tunc August 22, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE