AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Nationstar Mortgage LLC

                Plaintiff,

v.

Vegas Property Services, Inc.

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00617-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff Nationstar Mortgage LLC quieting title and declaring that Defendant Las Vegas Property Services acquired the property located at 5710 E. Tropicana Avenue, Unit 2016, Las Vegas, NV 89122 subject to the deed of trust serviced by Plaintiff.

December 13, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk