1 BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
2 TROUTMAN PEPPER HAMILTON SANDERS LLP
3 8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
4 Tele: (470) 832-5586
Fax: (404) 962-6800
5 brody.wight@troutman.com

6
TROUTMAN PEPPER HAMILTON SANDERS LLP
7 600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
8 *Attorney for Nationstar Mortgage LLC*

9

10
**UNITED STATES DISTRICT COURT**
11
**DISTRICT OF NEVADA**
12

13 | NATIONSTAR MORTGAGE LLC | Case No.:   2:17-cv-00617-RFB-PAL |

14 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE AN OPPOSITION TO THE MOTION FOR RELIEF FROM VOID JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION** |
vs.

15 VEGAS PROPERTY SERVICES, INC.,

16 Defendant.

17

18

19 VEGAS PROPERTY SERVICES, INC.,

20 Counterclaimant
vs.
21
NATIONSTAR MORTGAGE LLC and
22 BARBARA ESSES

23 Counterdefendants

24

25

26
Plaintiff/Counterdefendant Nationstar Mortgage LLC (**Nationstar**) and
27
Defendant/Counterclaimant Vegas Property Services, Inc. (**VPS**) hereby stipulate and agree that

Page 1

123619555

the deadline to file the opposition to the Motion for Relief from Void Judgment for Lack of Subject Matter Jurisdiction (ECF No. 74) shall be extended to February 17, 2022.

DATED this ___ day of February, 2022

| | |
|---|---|
| By: ___/s/ Brody R. Wight_____<br>Brody R. Wight, Esq.<br>Nevada Bar Number 13615<br>TROUTMAN PEPPER LLP<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123 *(Nevada Office)*<br>Telephone: (470) 832-5577<br>Email: brody.wight@troutman.com<br>*Attorney for Defendant Nationstar Mortgage LLC* | By: _____<br>Christopher V. Yergensen, Esq.<br>Nevada Bar Number 6183<br>BLACK & WADHAMS<br>10777 W. Twain Avenue 3rd Floor<br>Las Vegas, NV 89135<br>Telephone: (702) 869-8801<br>Email: cyergensen@blackwadhams.law<br>*Attorney for Vegas Property Services, Inc.* |

## **ORDER**

**IT IS HEREBY ORDERED** that any opposition to the Motion for Relief from Void Judgment for Lack of Subject Matter Jurisdiction (ECF No. 74), which was filed on January 18, 2022, shall be filed by February 17, 2022. Any reply is support of the Motion for Relief from Void Judgment for Lack of Subject Matter Jurisdiction shall be filed by February 24, 2022.

Dated this  16th   day of February        , 2022

_____
RICHARD E. BOULWARE, II
United States District Court

123619555

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

123619555

## Wight, Brody R.

| | |
|---|---|
| **From:** | Christopher Yergensen <cyergensen@blackwadhams.law> |
| **Sent:** | Wednesday, February 9, 2022 10:09 AM |
| **To:** | Wight, Brody R. |
| **Subject:** | RE: Nationstar v. VPS Case No. 2:17-cv-00617 SAO to Extend Deadline to Respond to the Motion for Relief from Void Judgment |

**EXTERNAL SENDER**

Yes, you can affix my esignature.

**Chris Yergensen, Esq.**
Attorney



p:  (702)869-8801
f:  (702)869-2669
a:  10777 W. Twain Avenue, Suite 300
     Las Vegas, NV 89135
w:  www.blackwadhams.law   e: cyergensen@blackwadhams.law

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient, you are hereby notified that any dissemination, duplication or distribution of all, or any part of this message, or any file associated with this message, is strictly prohibited. If you have received this communication in error, please notify Black & Wadhams immediately by telephone (702-869-8801) and destroy the original message. Please be further advised that any message sent to or from Black & Wadhams may be monitored.

**From:** Wight, Brody R. <Brody.Wight@troutman.com>
**Sent:** Monday, February 7, 2022 4:03 PM
**To:** Christopher Yergensen <cyergensen@blackwadhams.law>
**Subject:** RE: Nationstar v. VPS Case No. 2:17-cv-00617 SAO to Extend Deadline to Respond to the Motion for Relief from Void Judgment

Thank you, Chris.

I have attached a short SAO. Please let me know if I can attach your e-signature.

**Brody R. Wight**
Attorney
**troutman pepper**
Direct: 470.832.5562 | Mobile: 801.645.8978
brody.wight@troutman.com

1

**From:** Christopher Yergensen <cyergensen@blackwadhams.law>
**Sent:** Monday, February 7, 2022 8:57 AM
**To:** Wight, Brody R. <Brody.Wight@troutman.com>
**Subject:** Re: Nationstar v. VPS Case No. 2:17-cv-00617 SAO to Extend Deadline to Respond to the Motion for Relief from Void Judgment

**EXTERNAL SENDER**

Yes. That is not a problem.

Chris

> On Feb 7, 2022, at 8:33 AM, Wight, Brody R. <Brody.Wight@troutman.com> wrote:
>
> Hi Chris,
>
> I have recently been retained to represent Nationstar in this matter (all Nationstar work has been transferred from Akerman to Troutman). I only received your motion for relief from judgment today. I need some time to substitute in as counsel and file an opposition. Would you agree to stipulate to extending the deadline to reply for 10 days in order to give me time to respond?
>
> **Brody R. Wight**
> **Attorney**
> Direct: 470.832.5562 | Mobile: 801.645.8978
> brody.wight@troutman.com
>
> **troutman pepper**
> 600 Peachtree Street, NE, Suite 3000
> Atlanta, GA 30308
> troutman.com
>
> Troutman Pepper is a 2021 Mansfield Certified Plus Firm
>
> ---
>
> This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.