CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
BLACK & WADHAMS
10777 W. Twain Avenue 3rd Floor
Las Vegas, NV 89135
Telephone:     (702) 869-8801
Fax:              (702) 869-2669
Email: cyergensen@blackwadhams.law
*Attorney for Defendant/Counterclaimant*
*Vegas Property Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>                               Plaintiff,<br><br>vs.<br><br>VEGAS PROPERTY SERVICES, INC.<br><br>                          Defendants.<br><hr>VEGAS PROPERTY SERVICES, INC.<br><br>                              Counterclaimant<br><br>vs.<br><br>NATIONSTAR   MORTGAGE,   LLC   and<br>BARBARA ESSES<br><br>                          Counterdefendants | CASE NO.: 2:17-cv-00617-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A REPLY TO THE OPPOSITION TO THE MOTION FOR RELIEF FROM VOID JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION** |

Defendant/Counterclaimant   Vegas   Property   Service,   Inc.   (VPS)   and

Plaintiff/Counterdefendant Nationstar Mortgage LLC (Nationstar) hereby stipulate and agree that

the deadline to file the Reply to the Opposition to the Motion for Relief from Void Judgment for

/ / /

/ / /

Page 1 of 2

BLACK & WADHAMS<br>10777 W. Twain Avenue, 3rd Floor<br>Las Vegas, Nevada 89135<br>(702) 869-8801 FAX: (702) 869-2669

1  Lack of Subject Matter Jurisdiction (ECF No. 74) shall be extended to March 2, 2022.

2      DATED this 23rd day of February 2022.

3

4  | By: ___ /s/ Christopher V. Yergensen | By: ____ /s/ Brody R. Wright, Esq. |
   |---|---|
5  | Christopher V. Yergensen, Esq. | Brody R. Wright, Esq. |
   | Nevada State Bar No. 6183 | Nevada State Bar No. 13615 |
6  | BLACK & WADHAMS | TROUTMAN PEPPER LLP |
   | 10777 W. Twain, Ave., Suite 300 | 8985 S. Eastern Ave., Ste 200 |
7  | Las Vegas, NV 89135 | Las Vegas, NV 89123 *(Nevada Office)* |
   | Tel: (702) 869-8801 | Tel: (702) 869-8801 |
8  | Email: cyergensen@blackwadhams.law | Email: brody.wright@troutman.com |
   | *Attorney for Vegas Property Services, Inc.* | *Attorney for Defendant Nationstar Mortgage* |
9  | | *LLC* |

10

11                          **ORDER**

12      **IT IS HEREBY ORDERED** that any reply to opposition to the Motion for Relief from

13  Void Judgment for Lack of Subject Matter Jursidiction (ECF No. 74), which was

14  filed on January 18, 2022, shall be filed by March 2, 2022.

15      Dated this 24th day of February 2022

16

17                          _____
                            UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

BLACK & WADHAMS
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

**Diane Meeter**

| | |
|---|---|
| **From:** | Christopher Yergensen |
| **Sent:** | Wednesday, February 23, 2022 3:31 PM |
| **To:** | Wight, Brody R. |
| **Cc:** | Diane Meeter |
| **Subject:** | Re: Nationstar v. VPS Case No. 2:17-cv-00617 SAO to Extend Deadline to Respond to the Motion for Relief from Void Judgment |

Thank you.

Sent from my iPhone

> On Feb 23, 2022, at 3:28 PM, Wight, Brody R. <Brody.Wight@troutman.com> wrote:
>
> That's fine. I'll stipulate to a one week extension. On the phone I mentioned that I needed time for a reply, but I just realized this is your motion not ours, so disregard the concerns I voiced on the phone.
>
> **Brody R. Wight**
> **Attorney**
> troutman **pepper**
> Direct: 470.832.5562 | Mobile: 801.645.8978
> brody.wight@troutman.com
>
>
>
> **From:** Christopher Yergensen <cyergensen@blackwadhams.law>
> **Sent:** Wednesday, February 23, 2022 3:24 PM
> **To:** Wight, Brody R. <Brody.Wight@troutman.com>
> **Cc:** Diane Meeter <dmeeter@blackwadhams.law>
> **Subject:** Re: Nationstar v. VPS Case No. 2:17-cv-00617 SAO to Extend Deadline to Respond to the Motion for Relief from Void Judgment
>
> EXTERNAL SENDER
>
> Brody.
>
> Hey need a one-week extension for my reply. Please.
>
> Chris
>
> > On Feb 9, 2022, at 10:09 AM, Christopher Yergensen <cyergensen@blackwadhams.law> wrote: