CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
BLACK & WADHAMS
10777 W. Twain Avenue 3rd Floor
Las Vegas, NV 89135
Telephone: (702) 869-8801
Fax: (702) 869-2669
Email: cyergensen@blackwadhams.law
*Attorney for Defendant/Counterclaimant*
*Vegas Property Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br>vs.<br><br>VEGAS PROPERTY SERVICES, INC.<br><br>Defendants.<br><hr>VEGAS PROPERTY SERVICES, INC.<br><br>Counterclaimant<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC and BARBARA ESSES<br><br>Counterdefendants | CASE NO.: 2:17-cv-00617-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXEND THE DEADLINE TO FILE A REPLY TO THE OPPOSITION TO THE MOTION FOR RELIEF FROM VOID JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION** |

Defendant/Counterclaimant Vegas Property Service, Inc. (VPS) and Plaintiff/Counterdefendant Nationstar Mortgage LLC (Nationstar) hereby stipulate and agree that the deadline to file the Reply to the Opposition to the Motion for Relief from Void Judgment for

///

///

Page 1 of 2

Lack of Subject Matter Jurisdiction (ECF No. 82) shall be extended to March 9, 2022.

DATED this 2nd day of March 2022.

| By: /s/ Christopher V. Yergensen<br>Christopher V. Yergensen, Esq.<br>Nevada State Bar No. 6183<br>BLACK & WADHAMS<br>10777 W. Twain, Ave., Suite 300<br>Las Vegas, NV 89135<br>Tel: (702) 869-8801<br>Email: cyergensen@blackwadhams.law<br>*Attorney for Vegas Property Services, Inc.* | By: /s/ Brody R. Wright, Esq.<br>Brody R. Wright, Esq.<br>Nevada State Bar No. 13615<br>TROUTMAN PEPPER LLP<br>8985 S. Eastern Ave., Ste 200<br>Las Vegas, NV 89123 *(Nevada Office)*<br>Tel: (702) 869-8801<br>Email: brody.wright@troutman.com<br>*Attorney for Defendant Nationstar Mortgage LLC* |
|---|---|

**ORDER**

**IT IS HEREBY ORDERED** that any reply to opposition to the Motion for Relief from Void Judgment for Lack of Subject Matter Jursidiction (ECF No. 82), which was filed on February 10, 2022, shall be filed by March 9, 2022.

Dated this 3rd day of March 2022

_____
RICHARD F. BOULWARE, II
United States District Court